## CERTIFICATION AND AUTHORIZATION

I, David T. VanAuken, on behalf of Plumbers, Pipefitters and Apprentices Local No. 112 Pension Fund ("Local 112"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint prepared against Vestis Corporation ("Vestis") alleging violations of the federal securities laws and authorized its filing. I am authorized in my capacity as Fund Administrator to initiate litigation and to execute this Certification on behalf of Local 112.

2. Local 112 did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Local 112 is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Local 112's transactions in Vestis common stock during the Class Period are set forth in the attached Schedule A.

5. Local 112 has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None.*

6. Local 112 has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending: *None*.

7. Local 112 will not accept any payment for serving as a representative party on behalf of the Class beyond Local 112's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of May, 2024.

*Plumbers, Pipefitters and Apprentices Local No. 112 Pension Fund*

David T. VanAuken, Fund Administrator

## SCHEDULE A
### Plumbers, Pipefitters and Apprentices Local No. 112 Pension Fund
### Transactions in Vestis Corporation

| Common Stock Purchases | | |
|---|---|---|
| Date | Shares | Price |
| 11/30/23 | 1,226 | $18.5011 |
| 12/15/23 | 555 | $19.7241 |
| 02/09/24 | 88 | $19.1339 |
| 03/20/24 | 92 | $17.7831 |

| Common Stock Sales | | |
|---|---|---|
| Date | Shares | Price |
|  |  |  |