**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| PLUMBERS, PIPEFITTERS AND APPRENTICES LOCAL NO. 112 PENSION FUND, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>VESTIS CORPORATION, KIMBERLY SCOTT, and RICK DILLON,<br><br>      Defendants. | Case No. 1:24-cv-02175-SDG<br><br>CLASS ACTION |

**ORDER ON CONSENT MOTION TO ACCEPT SERVICE AND EXTEND TIME TO RESPOND TO COMPLAINT**

Before the Court is the parties' Consent Motion to Accept Service and Extend Time to Respond to Complaint. Having read and considered the motion and for good cause shown, it is hereby

ORDERED that the motion is granted. Defendants shall be deemed to have accepted service of the Complaint as of the date of this Order, and the Court orders as follows:

a.     Defendants shall not be obligated to answer, move, or otherwise respond to the complaint until after the Court's appointment of a lead plaintiff

and lead counsel pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.*; and

b.    Within fourteen (14) days after the appointment of a lead plaintiff and lead counsel pursuant to the PSLRA, the lead plaintiff and Defendants shall confer and jointly submit a proposed schedule for the filing of a consolidated complaint (or designation of an operative complaint) and Defendants' response thereto, along with any associated briefing deadlines.

All other associated filing deadlines are extended accordingly.

**SO ORDERED**, this 23rd day of September, 2024.

_____
THE HONORABLE STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE

PREPARED AND CONSENTED TO BY:

By: */s/ Tom Lacy*
W. Thomas Lacy Jr. (Bar No. 431032)
tlacy@llptc.com
LINDSEY & LACY, PC
W. Thomas Lacy, Jr.
200 Westpark Drive, Suite 280
Peachtree City, GA 30269
Telephone: (770) 486-8445
Facsimile: (770) 486-8889

By: */s/ Hillary K. Lukacs*
Hillary K. Lukacs (Bar No. 141034)
hlukacs@mmmlaw.com
MORRIS, MANNING & MARTIN LLP
3343 Peachtree Road, NE
1600 Atlanta Financial Center
Atlanta, GA 30326
Telephone: (404) 504-5492
Facsimile: (404) 365-9532

By: */s/ Marco Dueñas*
Rachel A. Avan (*PHV admitted*)
ravan@saxenawhite.com
Marco A. Dueñas (*PHV admitted*)
mduenas@saxenawhite.com
SAXENA WHITE P.A.
10 Bank Street, Suite 882
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611

**Counsel for Plaintiff Plumbers, Pipefitters and Apprentices Local No. 112 Pension Fund**

Glenn K. Vanzura (*admission forthcoming*)
gvanzura@mayerbrown.com
Max Hirsch (*admission forthcoming*)
mhirsch@mayerbrown.com
MAYER BROWN LLP
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Joseph De Simone (*admission forthcoming*)
jdesimone@mayerbrown.com
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (914) 327-0192

**Counsel for Defendants Vestis Corporation, Kimberly Scott, and Rick Dillon**