UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PLUMBERS, PIPEFITTERS AND APPRENTICES LOCAL NO. 112 PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VESTIS CORPORATION, KIMBERLY SCOTT, and RICK DILLON,<br><br>Defendants. | Case No. 1:24-cv-02175-SDG<br><br>CLASS ACTION |

**JOINT PROPOSED SCHEDULE FOR THE FILING OF A
CONSOLIDATED COMPLAINT
AND DEFENDANTS' RESPONSE THERETO**

Pursuant to this Court's September 23, 2024 Order (ECF No. 21), the City of Atlanta General Employees' Pension Fund, the City of Atlanta Police Officers' Pension Fund, the City of Atlanta Firefighters' Pension Fund, the Employees' Retirement System of the City of Baltimore, and Norfolk County Retirement System (collectively, "Plaintiffs") and Defendants Vestis Corporation ("Vestis"), Kimberly Scott, and Rick Dillon (together with Vestis, "Defendants," and collectively with Plaintiffs, the "Parties"), hereby submit the following joint proposed schedule for Plaintiffs' filing of a consolidated complaint and Defendants' response thereto,

1

along with the associated briefing deadlines:

1. On or before December 6, 2024, Plaintiffs shall file their consolidated complaint, or designate the initial complaint (ECF No. 1) as the operative complaint.

2. On or before February 5, 2025, Defendants shall answer, move to dismiss or otherwise respond to the consolidated complaint or operative complaint.

3. On or before April 4, 2025, Plaintiffs shall file any opposition to Defendants' motion to dismiss or other response.

4. On or before May 19, 2025, Defendants shall file any reply in support of their motion to dismiss or other response.

Dated:  October 3, 2024                                  Respectfully submitted,

By: /s/ Tom Lacy
W. Thomas Lacy Jr. (Bar No. 431032)
tlacy@llptc.com
LINDSEY & LACY, PC
W. Thomas Lacy, Jr.
200 Westpark Drive, Suite 280
Peachtree City, GA 30269
Telephone: (770) 486-8445
Facsimile: (770) 486-8889

By: /s/ Hillary K. Lukacs
Hillary Lukacs (Bar No. 141034)
hlukacs@mmmlaw.com
MORRIS, MANNING & MARTIN LLP
3343 Peachtree Road, NE
1600 Atlanta Financial Center
Atlanta, GA 30326
Telephone: (404) 504-5492
Facsimile: (404) 365-9532

By: /s/ Rachel A. Avan
Rachel A. Avan (*PHV admitted*)
ravan@saxenawhite.com
Marco A. Dueñas (*PHV admitted*)
mduenas@saxenawhite.com
SAXENA WHITE P.A.

By: /s/ Glenn Vanzura
Glenn K. Vanzura (*admission forthcoming*)
gvanzura@mayerbrown.com
Max Hirsch (*admission forthcoming*)
mhirsch@mayerbrown.com

2

10 Bank Street, Suite 882
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611

*Counsel for Plaintiffs*

MAYER BROWN LLP
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Joseph De Simone (*admission forthcoming*)
jdesimone@mayerbrown.com
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (914) 327-0192

*Counsel for Defendants Vestis Corporation, Kimberly Scott, and Rick Dillon*

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that the foregoing has been prepared in accordance with Local Rule 5.1(C), using Times New Roman, 14-point font.  I further certify that a copy of the foregoing was served via ECF System this October 3, 2024 on all counsel of record listed below.

W. Thomas Lacy Jr. (Bar No. 431032)
tlacy@llptc.com
LINDSEY & LACY, PC
W. Thomas Lacy, Jr.
200 Westpark Drive, Suite 280
Peachtree City, GA 30269
Telephone: (770) 486-8445
Facsimile: (770) 486-8889

*Local Counsel for Plaintiffs*

Rachel A. Avan (*PHV admitted*)
Marco A. Dueñas (*PHV admitted*)
SAXENA WHITE P.A.
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
ravan@saxenawhite.com
mduenas@saxenawhite.com

*Lead Counsel for Plaintiffs*

DATED this 3rd day of October, 2024

                                                */s/ Hillary K. Lukacs*
                                                Hillary K. Lukacs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PLUMBERS, PIPEFITTERS AND APPRENTICES LOCAL NO. 112 PENSION FUND, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>VESTIS CORPORATION, KIMBERLY SCOTT, and RICK DILLON,<br><br>        Defendants. | Case No. 1:24-cv-02175-SDG<br><br>CLASS ACTION |

## ORDER ON JOINT PROPOSED SCHEDULE

Before the Court is the parties' Joint Proposed Schedule. Having read and considered the Joint Proposed Schedule and for good cause shown, it is hereby ORDERED that the Joint Proposed Schedule is adopted as follows:

On or before December 6, 2024, Plaintiffs shall file their consolidated complaint, or designate the initial complaint (ECF No. 1) as the operative complaint.

2. On or before February 5, 2025, Defendants shall answer, move to dismiss or otherwise respond to the consolidated complaint or operative complaint.

3. On or before April 4, 2025, Plaintiffs shall file any opposition to Defendants' motion to dismiss or other response.

1

4. On or before May 19, 2025, Defendants shall file any reply in support of their motion to dismiss or other response.

**SO ORDERED**, this ____ day of _____, 2024.

_____
THE HONORABLE STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE

PREPARED AND CONSENTED TO BY:

By: */s/ Tom Lacy*
W. Thomas Lacy Jr. (Bar No. 431032)
tlacy@llptc.com
LINDSEY & LACY, PC
W. Thomas Lacy, Jr.
200 Westpark Drive, Suite 280
Peachtree City, GA 30269
Telephone: (770) 486-8445
Facsimile: (770) 486-8889

By: */s/ Rachel A. Avan*
Rachel A. Avan (*PHV admitted*)
ravan@saxenawhite.com
Marco A. Dueñas (*PHV admitted*)
mduenas@saxenawhite.com
SAXENA WHITE P.A.
10 Bank Street, Suite 882
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611

*Counsel for Plaintiffs*

By: */s/ Hillary K. Lukacs*
Hillary Lukacs (Bar No. 141034)
hlukacs@mmmlaw.com
MORRIS, MANNING & MARTIN LLP
3343 Peachtree Road, NE
1600 Atlanta Financial Center
Atlanta, GA 30326
Telephone: (404) 504-5492
Facsimile: (404) 365-9532

By: */s/ Glenn Vanzura*
Glenn K. Vanzura (*admission forthcoming*)
gvanzura@mayerbrown.com
Max Hirsch (*admission forthcoming*)
mhirsch@mayerbrown.com
MAYER BROWN LLP
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

        Joseph De Simone (*admission forthcoming*)
        jdesimone@mayerbrown.com
        MAYER BROWN LLP
        1221 Avenue of the Americas
        New York, New York 10020
        Telephone: (212) 506-2500
        Facsimile: (914) 327-0192

        ***Counsel for Defendants Vestis Corporation, Kimberly Scott, and Rick Dillon***

3