**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| PLUMBERS, PIPEFITTERS AND APPRENTICES LOCAL NO. 112 PENSION FUND, individually and on Behalf of all others similarly situated, )<br><br>Plaintiff, )<br>v. )<br><br>VESTIS CORPORATION, KIMBERLY SCOTT, and RICK DILLON, )<br><br>Defendants. ) | <br><br><br><br><br><br>CLASS ACTION<br>NO. 1:24-CV-02175-SDG |

PLUMBERS, PIPEFITTERS AND
APPRENTICES LOCAL NO. 112
PENSION FUND, individually and on
Behalf of all others similarly situated,

      Plaintiff,

v.

VESTIS CORPORATION,
KIMBERLY SCOTT, and RICK
DILLON,

      Defendants.

    CLASS ACTION
    NO. 1:24-CV-02175-SDG

_____

**JOINT MOTION TO REQUEST RECONSIDERATION OF SCHEDULE FOR THE FILING OF A CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE THERETO**

COME NOW, Plaintiffs the City of Atlanta General Employees' Pension Fund, the City of Atlanta Police Officers' Pension Fund, the City of Atlanta Firefighters' Pension Fund, the Employees' Retirement System of the City of Baltimore, and Norfolk County Retirement System (collectively, "Plaintiffs") and Defendants Vestis Corporation ("Vestis"), Kimberly Scott, and Rick Dillon (together with Vestis, "Defendants," and collectively with Plaintiffs, the "Parties"), will and hereby jointly move this Court for reconsideration of its October 10, 2024 docket order (ECF No. 30) (the "Scheduling Order"), declining the Parties' Joint

1

Proposed Schedule for the Filing of a Consolidated Complaint and Defendants' Response Thereto (ECF No. 23) (the "Joint Proposed Schedule"), and show this Honorable Court as follows:

1) This is a putative shareholder class action.

2) The Parties have met and conferred in good faith regarding the Scheduling Order.

3) In consideration of the number of issues and complexities involved in this shareholder class action, and in consideration of certain scheduling conflicts for the Parties and their counsel, including the extended November and December holidays, during the periods set forth in the Scheduling Order, the Parties respectfully request that the Court allow certain additional time to complete and file Plaintiffs' consolidated complaint and to brief Defendants' response thereto.

4) Prior to submitting the Joint Proposed Schedule, and in connection with their meet and confer efforts concerning this joint motion, the Parties took guidance from, and were mindful of, this Court's March 12, 2024 scheduling order, ECF No. 79, in another putative shareholder class action: the case captioned *Bucks County Employees Retirement System v. Norfolk Southern Corporation, et al.*, Case No. 1:23-cv-04175-SDG. In that case, the Court granted the parties' joint motion for a scheduling

2

order, allowing the lead plaintiffs to file a consolidated complaint 59 days after the lead plaintiff was appointed; the defendants 60 days to answer or move to dismiss; the lead plaintiffs 60 days to file an opposition to any motion to dismiss; and the defendants 31 days to file a reply in support of any motion to dismiss.

5) The Parties hereby respectfully request that the Court reconsider the Scheduling Order and enter an amended order in this case, allowing Plaintiffs to file a consolidated complaint 60 days after the lead plaintiffs were appointed; Defendants 52 days to answer or move to dismiss; Plaintiffs 45 days to file an opposition to any motion to dismiss; and Defendants 33 days to file a reply in support of any motion to dismiss, as follows:

    a. On or before November 22, 2024, Plaintiffs shall file their consolidated complaint, or designate the initial complaint (ECF No. 1) as the operative complaint.[1]

    b. On or before January 13, 2025, Defendants shall answer, move to dismiss, or otherwise respond to the consolidated complaint or operative complaint.

---

[1] In the alternative, Plaintiffs respectfully request that, at minimum, they be given until November 15, 2024 to file their consolidated complaint due to preexisting travel commitments.

      c.      On or before February 27, 2025, Plaintiffs shall file any opposition to Defendants' motion to dismiss or other response.

      d.      On or before April 1, 2025, Defendants shall file any reply in support of their motion to dismiss or other response.

6) The Parties seek to extend the filing deadlines as set forth above for legitimate purposes, and not to delay trial or disposition of this action. The Parties have cooperated in good faith in agreeing to this proposed schedule.

7) The Parties do not at this time anticipate any need to seek further extensions to file the consolidated complaint or complete briefing relating to any motion to dismiss the consolidated or operative complaint.

WHEREFORE, the Parties pray that the Court grant this Joint Motion, and order the deadlines described above.

Respectfully submitted this 18th day of October, 2024.

**AGREED TO BY:**

By: */s/ Thomas Lacy Jr.*
W. Thomas Lacy Jr. (Bar No. 431032)
LINDSEY & LACY, PC
W. Thomas Lacy, Jr.
200 Westpark Drive, Suite 280
Peachtree City, GA 30269
Telephone: (770) 486-8445
Facsimile: (770) 486-8889
tlacy@llptc.com

By: */s/ Kyla Grant*
Kyla Grant (*PHV admitted*)
Rachel A. Avan (*PHV admitted*)
Marco A. Dueñas (*PHV admitted*)
Steven B. Singer (*PHV admitted*)
SAXENA WHITE P.A.
10 Bank Street, Suite 882
White Plains, NY 10606
Telephone: (914) 437-8551
kgrant@saxenawhite.com
ravan@saxenawhite.com
mduenas@saxenawhite.com
ssinger@saxenawhite.com

Dianne M. Pitre (*PHV admitted*)
Jonathan Lamet (*PHV admitted*)
Lester R. Hooker (*PHV admitted*)
Scott Koren (*PHV admitted*)
SAXENA WHITE P.A.
7777 Glades Road
Boca Raton, FL 33434
Telephone: (561) 394-3399
dpitre@saxenawhite.com
jlamet@saxenawhite.com
lhooker@saxenawhite.com
skoren@saxenawhite.com

**PREPARED AND AGREED TO BY:**

By: */s/ Hillary Lukacs*
Hillary Lukacs (Bar No. 141034)
MORRIS, MANNING & MARTIN LLP
3343 Peachtree Road, NE
1600 Atlanta Financial Center
Atlanta, GA 30326
Telephone: (404) 504-5492
Facsimile: (404) 365-9532
hlukacs@mmmlaw.com

By: */s/ Glenn K. Vanzura*
Glenn K. Vanzura (*PHV admitted*)
Max Hirsch (*PHV admitted*)
MAYER BROWN LLP
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
gvanzura@mayerbrown.com
mhirsch@mayerbrown.com

Joseph De Simone (*PHV admitted*)
Brendan J. Harrington (*PHV admitted*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
jdesimone@mayerbrown.com
bjharrington@mayerbrown.com

*Counsel for Defendants*

5

*Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that the foregoing has been prepared in accordance with Local Rule 5.1(C), using Times New Roman, 14-point font. I further certify that a copy of the foregoing was served via ECF System this October 18, 2024 on all counsel of record listed below.

W. Thomas Lacy Jr. (Bar No. 431032)
LINDSEY & LACY, PC
W. Thomas Lacy, Jr.
200 Westpark Drive, Suite 280
Peachtree City, GA 30269
Telephone: (770) 486-8445
Facsimile: (770) 486-8889
tlacy@llptc.com

Kyla Grant (*PHV admitted*)
Rachel A. Avan (*PHV admitted*)
Marco A. Dueñas (*PHV admitted*)
Steven B. Singer (*PHV admitted*)
SAXENA WHITE P.A.
10 Bank Street, Suite 882
White Plains, NY 10606
Telephone: (914) 437-8551
kgrant@saxenawhite.com
ravan@saxenawhite.com
mduenas@saxenawhite.com
ssinger@saxenawhite.com

Dianne M. Pitre (*PHV admitted*)
Jonathan Lamet (*PHV admitted*)
Lester R. Hooker (*PHV admitted*)
Scott Koren (*PHV admitted*)
SAXENA WHITE P.A.

6

7777 Glades Road
Boca Raton, FL 33434
Telephone: (561) 394-3399
dpitre@saxenawhite.com
jlamet@saxenawhite.com
lhooker@saxenawhite.com
skoren@saxenawhite.com

***Counsel for Plaintiffs***

Hillary Lukacs (Bar No. 141034)
MORRIS, MANNING & MARTIN LLP
3343 Peachtree Road, NE
1600 Atlanta Financial Center
Atlanta, GA 30326
Telephone: (404) 504-5492
Facsimile: (404) 365-9532
hlukacs@mmmlaw.com

Glenn K. Vanzura (*PHV admitted*)
Max Hirsch (*PHV admitted*)
MAYER BROWN LLP
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
gvanzura@mayerbrown.com
mhirsch@mayerbrown.com

Joseph De Simone (*PHV admitted*)
Brendan J. Harrington (*PHV admitted*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (914) 327-0192
jdesimone@mayerbrown.com
bjharrington@mayerbrown.com

***Counsel for Defendants***

DATED this 18th day of October, 2024

/s/ Glenn K. Vanzura

Glenn K. Vanzura (*PHV admitted*)