**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| PLUMBERS, PIPEFITTERS AND APPRENTICES LOCAL NO. 112 PENSION FUND, individually and on Behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) | CLASS ACTION |
| v. | ) | NO. 1:24-CV-02175-SDG |
| | ) | |
| VESTIS CORPORATION, KIMBERLY SCOTT, and RICK DILLON, | ) ) ) | |
| | ) | |
| Defendants. | | |

**ORDER ON JOINT MOTION TO AMEND BRIEFING SCHEDULE FOR
DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**

Before the Court is the parties' Joint Motion to Amend Briefing Schedule for Defendants' Motions to Dismiss the Amended Complaint (the "Joint Motion"). Having read and considered the Joint Motion, the Joint Motion is hereby GRANTED, and the parties' proposed schedule is adopted as follows:

1)   The Aramark Defendants shall be deemed to have accepted service of the Amended Complaint as of December 13, 2024.

2)   On or before February 25, 2025, the Vestis Defendants and the Aramark Defendants shall file their motions to dismiss the Amended Complaint.

1

3)   The Vestis Defendants shall jointly make a single motion to dismiss. The memorandum in support of such joint motion shall not exceed 50 pages.

4)   The Aramark Defendants shall jointly make a single motion to dismiss. The memorandum in support of such joint motion shall not exceed 25 pages.

5)   On or before May 2, 2025, Plaintiffs shall file their opposition(s) to Defendants' motions to dismiss. Plaintiffs may, at their election, file a single omnibus opposition to the motions to dismiss, which shall not exceed 75 pages.

6)   On or before June 2, 2025, the Vestis Defendants and the Aramark Defendants shall each file any joint reply in support of their respective joint motions to dismiss. The Vestis Defendants' joint reply shall not exceed 35 pages. The Aramark Defendants' joint reply shall not exceed 20 pages.

7)   The Aramark Defendants shall have the right to join in any factual or legal presentation made in the Vestis Defendants' joint motion and joint reply.

**SO ORDERED**, this <u>19th</u>   day of <u>December</u>, 2024.

_____
THE HONORABLE STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE

2

**AGREED TO BY:**

By: */s/ Thomas Lacy Jr.*
W. Thomas Lacy Jr. (Bar No. 431032)
LINDSEY & LACY, PC
W. Thomas Lacy, Jr.
200 Westpark Drive, Suite 280
Peachtree City, GA 30269
Telephone: (770) 486-8445
Facsimile: (770) 486-8889
tlacy@llptc.com

By: */s/ Kyla Grant*
Kyla Grant (*PHV admitted*)
Rachel A. Avan (*PHV admitted*)
Marco A. Dueñas (*PHV admitted*)
Steven B. Singer (*PHV admitted*)
SAXENA WHITE P.A.
10 Bank Street, Suite 882
White Plains, NY 10606
Telephone: (914) 437-8551
kgrant@saxenawhite.com
ravan@saxenawhite.com
mduenas@saxenawhite.com
ssinger@saxenawhite.com

Dianne M. Pitre (*PHV admitted*)
Jonathan Lamet (*PHV admitted*)
Lester R. Hooker (*PHV admitted*)
Scott Koren (*PHV admitted*)
SAXENA WHITE P.A.

**PREPARED AND AGREED TO BY:**

By: */s/ Hillary Lukacs*
Hillary Lukacs (Bar No. 141034)
MORRIS, MANNING & MARTIN LLP
3343 Peachtree Road, NE
1600 Atlanta Financial Center
Atlanta, GA 30326
Telephone: (404) 504-5492
Facsimile: (404) 365-9532
hlukacs@mmmlaw.com

By: */s/ Glenn K. Vanzura*
Glenn K. Vanzura (*PHV admitted*)
Max Hirsch (*PHV admitted*)
MAYER BROWN LLP
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
gvanzura@mayerbrown.com
mhirsch@mayerbrown.com

Joseph De Simone (*PHV admitted*)
Brendan J. Harrington (*PHV admitted*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
jdesimone@mayerbrown.com
bjharrington@mayerbrown.com

3

7777 Glades Road                                   ***Counsel for the Vestis Defendants***
Boca Raton, FL 33434
Telephone: (561) 394-3399
dpitre@saxenawhite.com
jlamet@saxenawhite.com
lhooker@saxenawhite.com
skoren@saxenawhite.com

***Counsel for Plaintiffs***

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that the foregoing has been prepared in accordance with Local Rule 5.1(C), using Times New Roman, 14-point font. I further certify that a copy of the foregoing was served via ECF System this December 13, 2024 on all counsel of record listed below.

W. Thomas Lacy Jr. (Bar No. 431032)
LINDSEY & LACY, PC
W. Thomas Lacy, Jr.
200 Westpark Drive, Suite 280
Peachtree City, GA 30269
Telephone: (770) 486-8445
Facsimile: (770) 486-8889
tlacy@llptc.com

Kyla Grant (*PHV admitted*)
Rachel A. Avan (*PHV admitted*)
Marco A. Dueñas (*PHV admitted*)
Steven B. Singer (*PHV admitted*)
SAXENA WHITE P.A.
10 Bank Street, Suite 882
White Plains, NY 10606
Telephone: (914) 437-8551
kgrant@saxenawhite.com
ravan@saxenawhite.com
mduenas@saxenawhite.com

ssinger@saxenawhite.com

Dianne M. Pitre (*PHV admitted*)
Jonathan Lamet (*PHV admitted*)
Lester R. Hooker (*PHV admitted*)
Scott Koren (*PHV admitted*)
SAXENA WHITE P.A.
7777 Glades Road
Boca Raton, FL 33434
Telephone: (561) 394-3399
dpitre@saxenawhite.com
jlamet@saxenawhite.com
lhooker@saxenawhite.com
skoren@saxenawhite.com

***Counsel for Plaintiffs***

Hillary Lukacs (Bar No. 141034)
MORRIS, MANNING & MARTIN LLP
3343 Peachtree Road, NE
1600 Atlanta Financial Center
Atlanta, GA 30326
Telephone: (404) 504-5492
Facsimile: (404) 365-9532
hlukacs@mmmlaw.com

Glenn K. Vanzura (*PHV admitted*)
Max Hirsch (*PHV admitted*)
MAYER BROWN LLP
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
gvanzura@mayerbrown.com
mhirsch@mayerbrown.com

Joseph De Simone (*PHV admitted*)
Brendan J. Harrington (*PHV admitted*)
MAYER BROWN LLP
1221 Avenue of the Americas

New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (914) 327-0192
jdesimone@mayerbrown.com
bjharrington@mayerbrown.com

**Counsel for the Vestis Defendants**

DATED this 13th day of December, 2024

/s/ Glenn K. Vanzura
Glenn K. Vanzura (*PHV admitted*)

6