**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| PLUMBERS, PIPEFITTERS AND APPRENTICES LOCAL NO. 112, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VESTIS CORPORATION, ARAMARK, KIMBERLY SCOTT, RICK DILLON, and JOHN J. ZILLMER,<br><br>Defendants. | Case No. 1:24-cv-02175-SDG |

<u>**DECLARATION OF CHRISTOPHER S. TURNER IN SUPPORT OF DEFENDANTS ARAMARK AND JOHN J. ZILLMER'S MOTION TO DISMISS THE AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**</u>

I, CHRISTOPHER S. TURNER, declare as follows:

I am a partner in the law firm of Latham & Watkins, LLP, counsel for Defendants Aramark and John J. Zillmer in the above-captioned action. I am a member in good standing of the Bar of the State of Georgia and admitted to practice before this Court.

I submit this Declaration to place before the Court certain documents and information referenced in Defendants Aramark and John J. Zillmer's Memorandum

of Law in Support of Their Motion to Dismiss the Amended Complaint (ECF No. 55).

1.    Attached hereto as **Exhibit A** is a true and correct copy of an Information Statement attached as Exhibit 99.1 to Vestis's 8-K filed with the SEC on September 11, 2023, and referenced, quoted, or relied upon in paragraphs 58-63, 158-166, 238, and 244 of the Amended Complaint.

2.    Attached hereto as **Exhibit B** is a true and correct copy of a press release titled "Aramark Reports Fourth Quarter and Full Year Fiscal 2023 Results" attached as Exhibit 99.1 to Aramark's 8-K filed with the SEC on November 14, 2023.

3.    Attached hereto as **Exhibit C** is a true and correct copy of the transcript of Vestis's Fiscal Second Quarter 2024 Earnings Conference Call held on May 2, 2024, and referenced, quoted, or relied upon in paragraphs 7, 93-95, and 221 of the Amended Complaint.

4.    Attached hereto as **Exhibit D** is a true and correct copy of the transcript of Vestis's Analyst/Investor Day held on September 13, 2023, and referenced, quoted, or relied upon in paragraphs 64-70 and 167-174 of the Amended Complaint.

5.    Attached hereto as **Exhibit E** is a true and correct copy of a presentation from Vestis's Analyst/Investor Day held on September 13, 2023, filed with the SEC

as Exhibit 99.1 to Vestis' Form 8-K on September 13, 2023, and referenced, quoted, or relied upon in paragraphs 64-65 and 167-170 of the Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of February 2025.

/s/ Christopher S. Turner
Christopher S. Turner

*Attorney for Defendants Aramark and John J. Zillmer*