# EXHIBIT 4

# UNITED STATES

# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

_____

# FORM 8-K

_____

## CURRENT REPORT

## PURSUANT TO SECTION 13 OR 15(d)

## OF THE SECURITIES EXCHANGE ACT OF 1934

**February 26, 2025**

Date of Report (Date of earliest event reported)

_____

# Vestis Corp oration

(Exact name of Registrant as Specified in its Charter)

_____

| | | |
|---|---|---|
| **Delaware** | **001-41783** | **92-2573927** |
| (State or other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |
| **1035 Alpharetta Street, Suite 2100,** | | |
| **Roswell, Georgia** | | **30075** |
| (Address of Principal Executive Offices) | | (Zip Code) |

**( 470 ) 226-3655**

(Registrant's Telephone Number, Including Area Code)

_____

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

o    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

o    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

o    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

o    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on which Registered |
|---|---|---|
| Common Stock, par value $0.01 per share | VSTS | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).
Emerging growth company o

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. o

**Item 5.02.    Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

On February 26, 2025, Bryan Johnson informed Vestis Corporation (the "Company") of his resignation as Chief Accounting Officer of the Company, effective March 10, 2025. Mr. Johnson's resignation is not the result of any dispute or disagreement with the Company, including with respect to any matters relating to the Company's accounting practices or financial reporting. Kelly Janzen, Executive Vice President, Chief Financial Officer of the Company, will assume the additional responsibilities of principal accounting officer for the Company.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**Vestis Corporation**

| Date: | March 4, 2025 | By: | /s/ ANDRÉ C. BOUCHARD |
| | | Name: | ANDRÉ C. BOUCHARD |
| | | Title: | Executive Vice President, Chief Legal Officer, General Counsel and Secretary |