UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| PLUMBERS, PIPEFITTERS AND APPRENTICES LOCAL NO. 112, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VESTIS CORPORATION, ARAMARK, KIMBERLY SCOTT, RICK DILLON, and JOHN J. ZILLMER,<br><br>Defendants. | No. 1:24-cv-02175-SDG<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO BRING ELECTRONICS TO THE COURTHOUSE FOR THE HEARING ON AUGUST 29, 2025** |

Upon consideration of the motion filed by Lead Plaintiffs the City of Atlanta General Employees' Pension Fund, the City of Atlanta Police Officers' Pension Fund, the City of Atlanta Firefighters' Pension Fund, the Employees' Retirement System of the City of Baltimore, and Norfolk County Retirement System (collectively, "Plaintiffs"), for an Order granting Lester R. Hooker and Jonathan Lamet, counsel for Plaintiffs in the above-captioned action, permission to bring certain electronics to the Courthouse for oral argument on Defendants' motion to dismiss, which is scheduled to be held on August 28, 2025 at 2:00 p.m., in Courtroom 1706 of the Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and the Court having determined that Plaintiffs are entitled to the relief sought in their motion, it is hereby ORDERED, that:

Plaintiffs' counsel, Lester R. Hooker and Jonathan D. Lamet, may bring the following electronic devices to the Courthouse for oral argument on Defendants' motion to dismiss scheduled to be held on August 28, 2025 at 2:00 p.m.: (i) cell phones, (ii) laptop computers, and (iii) smart watches.

**IT IS SO ORDERED**


Dated: <u>August 25</u>, 2025

                                       Hon. Steven D. Grimberg
                                       United States District Court Judge