**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

PLUMBERS, PIPEFITTERS AND                )
APPRENTICES LOCAL NO. 112,               )
individually and on behalf of all others )
similarly situated,                      )
                                         )
      Plaintiff,                       )    <u>CLASS ACTION</u>
vs.                                      )    NO. 1:24-CV-02175-SDG
                                         )
VESTIS CORPORATION, ET AL.,              )
                                         )
                                         )
      Defendants.                      )
                                         )
_____        )

**ORDER GRANTING DEFENDANTS VESTIS CORPORATION,
KIMBERLY SCOTT AND RICK DILLON'S MOTION FOR LEAVE TO
BRING ELECTRONICS TO THE COURTHOUSE FOR
<u>THE HEARING ON AUGUST 28, 2025</u>**

Upon consideration of the motion filed by Defendants Vestis Corporation,

Kimberly Scott and Rick Dillon (together the "Vestis Defendants") for an Order

granting Joseph De Simone, Michelle Annunziata and Sam Krevlin, counsel for the

Vestis Defendants in the above-captioned action, permission to bring certain

electronics to the Courthouse for oral argument on the Vestis Defendants' motion to

dismiss, which is scheduled to be held on August 28, 2025 at 2:00 p.m., in

Courtroom 1706 of the Richard B. Russell Federal Building, 75 Ted Turner Drive,

S.W., Atlanta, Georgia 30303, and the Court having determined that the Vestis Defendants are entitled to relief sought in their motion, it is hereby ORDERED, that:

The Vestis Defendants' counsel, Joseph De Simone, Michelle Annunziata, and Sam Krevlin may bring the following electronic devices to the Courthouse for oral argument on the Vestis Defendants' motion to dismiss scheduled for August 28, 2025 at 2:00 p.m.: (i) cell phones with cameras; (ii) laptop computers and chargers; and (iii) smart watches.

**IT IS SO ORDERED**, this <u>25th</u> day of <u>August</u>, 2025.

_____

THE HONORABLE STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE