**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA**

**ATLANTA DIVISION**

| | |
|---|---|
| PLUMBERS, PIPEFITTERS AND APPRENTICES LOCAL NO. 112, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>VESTIS CORPORATION, ARAMARK, KIMBERLY SCOTT, RICK DILLON, and JOHN J. ZILLMER,<br><br>    Defendants. | Case No.: 1:24-cv-02175-SDG |

**ORDER GRANTING DEFENDANTS ARAMARK AND JOHN J. ZILLMER'S MOTION FOR LEAVE TO BRING ELECTRONICS TO THE COURTHOUSE FOR THE HEARING ON AUGUST 28, 2025**

Upon consideration of the motion filed by Defendants Aramark and John J. Zillmer for an Order granting Christopher S. Turner, counsel for Defendants in the above-captioned action, permission to bring certain electronics to the Courthouse for oral argument on Defendants' motion to dismiss, which is scheduled to be held on August 28, 2025 at 2:00 p.m., in Courthouse 1706 of the Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and the Court having determined that Defendants Aramark and John J. Zillmer are entitled to the relief sought in their motion, it is hereby ORDERED, that:

Counsel for Defendants Aramark and John J. Zillmer, Christopher S. Turner, may bring the following electronic devices to the Courthouse for oral argument on Defendants' motion to dismiss scheduled to be held on August 28, 2025 at 2:00 p.m.: (i) cell phones with cameras; (ii) laptop computers and chargers; and (iii) smart watches.

**IT IS SO ORDERED.**

Dated:  ___August 27, 2025___          _____
                                         Hon. Steven D. Grimberg
                                         United States District Court Judge

2