## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| PLUMBERS, PIPEFITTERS AND APPRENTICES LOCAL NO. 112, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VESTIS CORPORATION, ARAMARK, KIMBERLY SCOTT, RICK DILLON, and JOHN J. ZILLMER,<br><br>Defendants. | Civil Action No. 1:24-cv-02175-SDG<br><br>CLASS ACTION |

## JOINT MOTION TO CONTINUE CLASS CERTIFICATION DEADLINES

Lead Plaintiffs the City of Atlanta General Employees' Pension Fund, the City of Atlanta Police Officers' Pension Fund, the City of Atlanta Firefighters' Pension Fund, the Employees' Retirement System of the City of Baltimore, and Norfolk County Retirement System (collectively, "Lead Plaintiffs"), and Defendants Vestis Corporation, Kimberly Scott, Rick Dillon, Aramark, and John J. Zillmer (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, file this Joint Motion to Continue Class Certification Deadlines (the "Joint Motion").

Pursuant to the Court's September 30, 2025 Opinion and Order (ECF 87) and Civil Local Rule 23.1(B), the deadline for Lead Plaintiffs' motion for class certification is 30 days after Defendants filed their answers, or December 1, 2025.[1] Under Civil Local Rule 7.1(B), Defendants' opposition to that motion would be due 14 days later, or December 15, 2025.  The Parties intend to conduct discovery in connection with class certification and believe that the amount of time provided by the default schedule under the Civil Local Rules is insufficient for such discovery.

---

[1] Under Rule 6(a)(1)(C) of the Federal Rules of Civil Procedure, when computing time, "if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday." Because the 30-day deadline falls on Saturday, November 29, 2025, the Parties agree that 30 days after Defendants' answer is the next weekday—Monday, December 1, 2025.

The Parties have conferred and believe that good cause exists to modify the default schedule for the class certification proceedings. This Joint Motion is not intended for the purposes of delay, but rather to allow the Parties sufficient time to conduct discovery and address the issues likely to be raised in connection with Lead Plaintiffs' motion for class certification.

To that end, on December 1, 2025, the Parties will submit their Joint Preliminary Report and Discovery Plan, which will contain a proposed comprehensive case schedule that includes proposed deadlines for class certification briefing.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter the [Proposed] Order continuing the class certification deadlines under Local Civil Rule 23.1(B) pending the Court's entry of a scheduling order that includes class certification proceedings.

Dated: November 12, 2025                    Respectfully submitted,

**SAXENA WHITE P.A.**                    **MORRIS, MANNING & MARTIN**

By: */s/ Lester R. Hooker*               By: /s/ *Nathan R. Miles*
Lester R. Hooker (admitted *pro hac vice*)    Simon R. Malko (Bar No. 467190)
Dianne M. Pitre (admitted *pro hac vice*)     Nathan R. Miles (Bar No.829924)
Jonathan Lamet (admitted *pro hac vice*)      3343 Peachtree Road, NE
7777 Glades Road, Suite 300              1600 Atlanta Financial Center
Boca Raton, Florida 33434                Atlanta, GA 30326
Tel.: (561) 394-3399                     Telephone: (404) 504-7642
Fax: (561) 394-3382                      Facsimile: (404) 365-9532
lhooker@saxenawhite.com                  nmiles@mmmlaw.com

dpitre@saxenawhite.com
jlamet@saxenawhite.com
Steven B. Singer (admitted *pro hac vice*)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
ssinger@saxenawhite.com

*Lead Counsel for Lead Plaintiffs*
*and the Class*

**LINDSEY & LACY, PC**

W. Thomas Lacy, Jr.
Georgia Bar No. 431032
200 Westpark Drive, Suite 280
Peachtree City, GA 30269
Tel.: (770) 486-8445
Fax: (770) 486-8889
tlacy@llptc.com

*Local Counsel for Lead Plaintiffs and the*
*Class*

**MAYER BROWN LLP**

By: */s/ Joseph De Simone*
Joseph De Simone (PHV admitted)
Michelle Annunziata (PHV admitted)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
jdesimone@mayerbrown.com
mannunziata@mayerbrown.com

Max Hirsch (PHV admitted)
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
mhirsch@mayerbrown.com

*Counsel for Defendants Vestis*
*Corporation, Kimberly Scott and Rick*
*Dillon*

**LATHAM & WATKINS LLP**

By: */s/ Christopher S. Turner*
Christopher S. Turner
GA Bar No. 719102
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
christopher.turner@lw.com

*Counsel for Defendants Aramark and*
*John J. Zillmer*