**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| PLUMBERS, PIPEFITTERS AND APPRENTICES LOCAL NO. 112, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> VESTIS CORPORATION, ARAMARK, KIMBERLY SCOTT, RICK DILLON, and JOHN J. ZILLMER, <br><br> Defendants. | Civil Action No. 1:24-cv-02175-SDG <br><br> <u>CLASS ACTION</u> |

**<u>ORDER CONTINUING CLASS CERTIFICATION DEADLINES</u>**

Having considered the Joint Motion to Continue Class Certification Deadlines (the "Joint Motion") [ECF 91] filed on behalf of Lead Plaintiffs the City of Atlanta General Employees' Pension Fund, the City of Atlanta Police Officers' Pension Fund, the City of Atlanta Firefighters' Pension Fund, the Employees' Retirement System of the City of Baltimore, and Norfolk County Retirement System (collectively, "Lead Plaintiffs") and Defendants Vestis Corporation, Kimberly Scott, Rick Dillon, Aramark, and John J. Zillmer (collectively, Defendants," and together with Lead Plaintiffs, the "Parties"),

**IT IS HEREBY ORDERED THAT:**

1.      The Parties' Joint Motion is granted.

2.      The Deadlines for Lead Plaintiffs' motion for class certification and

Defendants' response thereto are hereby continued pending the Court's entry of

a scheduling order that includes deadlines for class certification proceedings.  The

Joint Preliminary Report and Discovery Plan is due December 1, 2025.

**IT IS SO ORDERED**.

Dated: November 17, 2025

STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE